■ Mary L. Fahrenkopf, Respondent, v Trustco Bank, Appellant. [605 NYS2d 980] —Appeal from an order of the Supreme Court (Spain, J.), entered March 30, 1993 in Rensselaer County, which denied defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Edward O. Spain.

Mercure, J. P., Cardona, White, Mahoney and Casey, JJ., concur. Ordered that the order is affirmed, with costs.